

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 2/18/2020

District of Connecticut

Re: Kelley v. MailFinance

USDC Case Number: 19 cv 758

Dear Clerk:

Pursuant to the order entered by Honorable **Kocoras**, on 1/29/2020, the above record was

    X ☐    electronically transmitted to District of Connecticut

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ L/ Springer
            Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016